# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131539

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN COPELAND, a/k/a
HAKEEM ABDUL HAKEEM,
      Plaintiff-Appellant,

v

MANUFACTURES & TRADERS TRUST,
      Defendant-Appellee.

SC: 131539
COA: 266252
Wayne CC: 04-415304-CH

_____/

      On order of the Court, the application for leave to appeal the April 11, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

s1120